B6B (Official Form 6B) (12/07)

In re **Shawn Charles Clark**  Case No. __10-50289__
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | – | Cash | - | 2050.00 ~~50.00~~ |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account at Wells Fargo | - | 85.00 |
| | | Checking Account at TCF | - | 550.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 50% Interest in Normal Household Goods, Furnishings, Electronics, Major and Minor Appliances ($3,000 value) | J | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 50% Interest in Books, CD's, DVD's and Pictures ($200 value) | J | 100.00 |
| 6. Wearing apparel. | | Clothing | - | 100.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Pistol | - | 100.00 |
| | | 50% Interest in 2 Cameras, Hunting Equipment and Fishing Equipment ($200 value) | J | 100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance through Employer ($1x Annual Salary face value) (no cash value) | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > ~~2,585.00~~
(Total of this page)  4585.00

__2__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re **Shawn Charles Clark** , Case No. **10-50289**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401(k) (Loan for $24,343.18) | - | 36,645.04 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Wages owed to Debtor | - | 400.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      37,045.04
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

In re **Shawn Charles Clark**, Debtor

Case No. **10-50289**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Dodge Ram (104,000 miles) | - | 8,000.00 |
| | | 2007 Harley Davidson Soft Tail Custom | - | 10,000.00 |
| | | 1997 Chevrolet Blazer (180,000 miles) | - | 1,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 2 Cats and Terrier | - | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | 50% Interest in Lawnmower, Snowblower, Rakes, Shovels, Ladder, Patio Charis, Grill, Misc Hand and Power Tools ($1,000 value) | J | 500.00 |

Sub-Total > 20,000.00
(Total of this page)

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Total > ~~59,630.04~~ 61,630.04

(Report also on Summary of Schedules)

B6C (Official Form 6C) (12/07)

In re **Shawn Charles Clark** Case No. **10-50289**
Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box) $136,875.
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Debtor's Residence: Homestead Real Property located at 270 Oak Drive, Foley MN, Single Family Residence legally described as follows: (tax assessed value) The Westerly Five (5) feet of Lot One (1) and all of Lot Two (2), Block Three (3) of Foley Development Plat on file and of record in the office of the County Recorder in and for Benton County, Minnesota. | 11 U.S.C. § 522(d)(1) | 0.00 | 115,000.00 |
| **Cash on Hand** | | | |
| Cash | 11 U.S.C. § 522(d)(5) | ~~50.00~~ | ~~50.00~~ |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | 2050.00 | 2050.00 |
| Checking Account at Wells Fargo | 11 U.S.C. § 522(d)(5) | 85.00 | 85.00 |
| Checking Account at TCF | 11 U.S.C. § 522(d)(5) | 550.00 | 550.00 |
| **Household Goods and Furnishings** | | | |
| 50% Interest in Normal Household Goods, Furnishings, Electronics, Major and Minor Appliances ($3,000 value) | 11 U.S.C. § 522(d)(3) | 1,500.00 | 1,500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| 50% Interest in Books, CD's, DVD's and Pictures ($200 value) | 11 U.S.C. § 522(d)(3) | 100.00 | 100.00 |
| **Wearing Apparel** | | | |
| Clothing | 11 U.S.C. § 522(d)(3) | 100.00 | 100.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Pistol | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| 50% Interest in 2 Cameras, Hunting Equipment and Fishing Equipment ($200 value) | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| **Interests in Insurance Policies** | | | |
| Term Life Insurance through Employer ($1x Annual Salary face value) (no cash value) | 11 U.S.C. § 522(d)(7) | 0.00 | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| 401(k) (Loan for $24,343.18) | 11 U.S.C. § 522(d)(10)(E) | 36,645.04 | 36,645.04 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Wages owed to Debtor | 11 U.S.C. § 522(d)(5) | 400.00 | 400.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1999 Dodge Ram (104,000 miles) | 11 U.S.C. § 522(d)(5) | 0.00 | 8,000.00 |
| 2007 Harley Davidson Soft Tail Custom | 11 U.S.C. § 522(d)(5) | 0.00 | 10,000.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

In re  **Shawn Charles Clark** , Case No. __10-50289__
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 1997 Chevrolet Blazer (180,000 miles) | 11 U.S.C. § 522(d)(2) | 1,500.00 | 1,500.00 |
| **Animals** <br> 2 Cats and Terrier | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| **Other Personal Property of Any Kind Not Already Listed** <br> 50% Interest in Lawnmower, Snowblower, Rakes, Shovels, Ladder, Patio Charis, Grill, Misc Hand and Power Tools ($1,000 value) | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Total: ~~41,630.04~~ ~~174,630.04~~

**43,630.04** **176,630.04**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Shawn Charles Clark**
Debtor(s).

**SIGNATURE DECLARATION**

Case No. **10-50289**

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☒ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☐ OTHER (Please describe:____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 4/7/10

X _____
Signature of Debtor or Authorized Representative

X _____
Signature of Joint Debtor

**Shawn Charles Clark**
Printed Name of Debtor or Authorized Representative

Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

**UNITED STATES BANKRUPTCY COURT**
**District of Minnesota**

Case No: 10-50289

In re:   Shawn Charles Clark

Debtor

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the Amended Schedule B and Amended Schedule C were mailed to all parties in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail on April 15, 2010.

Date:   April 15, 2010

/e/ WESLEY W. SCOTT - #0264787

**EXHIBIT**

ATLAS ACQUISITIONS LLC
894 UNION ST
HACKENSACK NJ 07601


BENTON COUNTY AUDITOR
531 DEWEY STREET
FOLEY MN 56329


BILL ME LATER
PO BOX 105658
ATLANTA GA 30348


CACH LLC
BANKRUPTCY DEPARTMENT
4340 S MONACO ST 2ND FLOOR
DENVER CO 80237


CAP ONE
PO BOX 85520
RICHMOND VA 23285


COLD SPRING STATE BANK
PO BOX 415
COLD SPRING MN 56320

DELL FINANCIAL SERVICES
ATTN BANKRUPTCY DEPT
PO BOX 81577
AUSTIN TX 78708

DIRECT MERCHANTS BANK
PO BOX 21550
TULSA OK 74121



LAW OFFICE OF JOE PEZZUTO
4013 E BROADWAY STE A2
PHOENIX AZ 85040



MESSERLI & KRAMER
3033 CAMPUS DR  STE 250
MINNEAPOLIS MN 55441



MN DEPARTMENT OF REVENUE
PO BOX 64564
SAINT PAUL MN 55164-0564



WELLS FARGO FINANCIAL
PO BOX 5943
SIOUX FALLS SD 57117-5943



WF FINANCIAL
800 WALNUT ST
DES MOINES IA 50309



WF FINANCIAL BANK
WELLS FARGO FINANCIAL
4137 121ST ST
URBENDALE IA 50323